# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1336
_____

XAVIER WALKER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Nassau County.
Robert M. Foster, Judge.

October 17, 2019

PER CURIAM.

AFFIRMED.

RAY, C.J., and B.L. THOMAS and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Xavier Walker, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.